GEORGE LINKO et al., Respondents, v. SYLVESTER GIBSON, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

In the Matter of MASON & HANGER-SILAS MASON CO., INC., Appellant, v. S. E. SENIOR, as Chairman of the Workmen's Compensation Board of the State of New York, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur. [62 Misc 2d 324.]